Merrill Schneider, OSB # 77336
merrillschneider@schneiderlaw.com
Of Counsel
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN LESLIE MAXWELL,<br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 6:17-cv-01083-JR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

Plaintiff's Motion is hereby granted as follows: Plaintiff's attorney is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $20,542.25, to be paid in accordance with agency policy. Plaintiff's counsel shall refund the amount of $10,127.57 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428),[1] PO Box 14490, Portland, OR 97293, consistent with this order.

///

///

---

[1] Formerly known as Schneider Kerr Law Offices.

Dated this 23rd day of July, 2025.

                                                /s/ Jolie A. Russo
                                                Jolie A. Russo
                                                United States Magistrate Judge